UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOAQUIN MURILLO,

                             Petitioner,

v.

STEPHEN SMITH et al.,

                         Respondents.

Case No.:  25-cv-91-RSH-MSB

**ORDER DISMISSING ACTION**

On January 10, 2025, Joaquin Murillo ("Petitioner"), a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, challenging a San Diego County Superior Court judgment of conviction and resentencing in case number SCD189155. ECF No. 1. Petitioner has also filed a motion for leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a). ECF No. 2. The Court granted Petitioner's IFP motion and notified Petitioner of his options to avoid a dismissal of the instant habeas action. ECF No. 3. The Court instructed Petitioner that a failure to respond to the Court's Order by April 9, 2025 would result in a dismissal of the Petition. *Id.*

//

//

//

1

The time for Petitioner to respond to the Court's Order has passed, and the Court has received no communication from Petitioner. Accordingly, the Court **DISMISSES** the action. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: April 22, 2025

_____

Hon. Robert S. Huie
United States District Judge

25-cv-91-RSH-MSB